IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 4:99-558-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Terry Lee Green, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's *pro se* motion for reconsideration. ECF No. 86. Defendant argues that his previously-filed motion for relief under 28 U.S.C.§ 2255 is not a second or successive motion for relief under 28 U.S.C. § 2255 because (he contends) *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011), is a "new fact" under § 2255(f)(4).

This argument is without merit. Defendant's motion is **denied**.

**IT IS SO ORDERED.**

                                                                    s/ Cameron McGowan Currie
                                                                    CAMERON McGOWAN CURRIE
                                                                    UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 17, 2012

1